**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAULA M. MARTICORENA, ) | NO. CV 13-5186-AS |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED
and that the above-captioned action is dismissed with prejudice.

     DATED:  October 14, 2014.


                              /s/
                              _____
                              ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE